IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| RANDY HOHNSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-6139-AC |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Robert A. Baron
Kathryn Tassinari
Harder Wells Baron & Manning, P.C.
474 Willamette Street, Suite 200
Eugene, Oregon 97401

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

    Britannia I. Hobbs
United States Attorney's Office
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204

    Thomas M. Elsberry
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

        Attorneys for Defendant

KING, Judge:

    The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on May 6, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation (#15).  IT IS HEREBY ORDERED that the Commissioner's decision is affirmed.  Judgment will be entered.

    Dated this    30th    day of May, 2008.

        /s/ Garr M. King
        Garr M. King
        United States District Judge