IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| RANDY HOHNSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-6139-AC |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Robert A. Baron
    Kathryn Tassinari
    Harder Wells Baron & Manning, P.C.
    474 Willamette Street, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

      Britannia I. Hobbs
      United States Attorney's Office
      1000 S. W. Third Avenue, Suite 600
      Portland, Oregon  97204

      Thomas M. Elsberry
      Social Security Administration
      Office of the General Counsel
      701 Fifth Avenue, Suite 2900, M/S 901
      Seattle, Washington  98104-7075

           Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby AFFIRMED.  This action is dismissed with prejudice.

      Dated this   30th   day of May, 2008.

                                      /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge